WRIGHT, FINLAY & ZAK, LLP
Robin P. Wright, Esq., SBN 150984
Joshua R. Hernandez, Esq., SBN 258266
Shannon C. Williams, Esq., SBN 196787
4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 608-9142
jhernandez@wrightlegal.net; swilliams@wrightlegal.net

Attorneys for Defendant, NATIONSTAR MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE R. OLMOS<br><br>          Plaintiff,<br>     vs.<br><br>BANK OF AMERICA, N.A., BANK OF AMERICA HOME LOANS, BAC HOME LOANS SERVICING, L.P., NATIONSTAR MORTGAGE, LLC, et al. and Does 1-10,<br><br>          Defendants. | Case No.:  3:15-cv-01153-EMC<br><br>*Assigned to the Honorable Edward M. Chen*<br><br>**NOTICE OF REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

**PLEASE TAKE NOTICE** that Defendant NATIONSTAR MORTGAGE, LLC hereby makes the following substitution of counsel of record and requests the Court approve the substitution of:

///

///

///

///

///

| | |
|---|---|
| 1 | |
| 2 | WRIGHT, FINLAY & ZAK, LLP |
| 3 | Robin P. Wright, Esq., SBN 150984 |
| | rwright@wrightlegal.net |
| 4 | Joshua R. Hernandez, Esq., SBN 258266 |
| | jhernandez@wrightlegal.net |
| 5 | Shannon C. Williams, Esq., SBN 196787 |
| | swilliams@wrightlegal.net |
| 6 | 4665 MacArthur Court, Suite 280 |
| | Newport Beach, CA 92660 |
| | Tel: (949) 477-5050; Fax: (949) 477-9200 |

As attorney of record in place and stead of:

DYKEMA GOSSETT
Ashley R. Fickel, Esq., SBN 237111
afickel@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 457-1800

As a result of this substitution, the DYKEMA GOSSETT firm above should be removed from the service list on this matter and, consequently, should no longer receive notice of e-filing.

The undersigned hereby consents to the above substitution as of the date indicated below.

Dated: July 13, 2015            By:  *Scott S Brough*
                                    ~~Courtney N. Clement~~ Scott S. Brough
                                    for NATIONSTAR MORTGAGE, LLC

Dated: July 13, 2015            By:  *s/Shannon C. Williams, Esq.*
                                    WRIGHT, FINLAY & ZAK, LLP
                                    Robin P. Wright, Esq.
                                    Joshua R. Hernandez, Esq.
                                    Shannon C. Williams, Esq.
                                    New Counsel of Record for Defendant,
                                    NATIONSTAR MORTGAGE, LLC

Dated: July 13, 2015            By:  _____
                                    DYKEMA GOSSETT
                                    Ashley R. Fickel, Esq.
                                    Former Attorneys of Record for Defendant,
                                    NATIONSTAR MORTGAGE, LLC

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

WRIGHT, FINLAY & ZAK, LLP
Robin P. Wright, Esq., SBN 150984
rwright@wrightlegal.net
Joshua R. Hernandez, Esq., SBN 258266
jhernandez@wrightlegal.net
Shannon C. Williams, Esq., SBN 196787
swilliams@wrightlegal.net
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200

As attorney of record in place and stead of:

DYKEMA GOSSETT
Ashley R. Fickel, Esq., SBN 237111
afickel@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Tel: (213) 457-1800

As a result of this substitution, the DYKEMA GOSSETT firm above should be removed from the service list on this matter and, consequently, should no longer receive notice of e-filing.

The undersigned hereby consents to the above substitution as of the date indicated below.

Dated:  August 14, 2015         By:  _____
                                     Courtney N. Clement
                                     for NATIONSTAR MORTGAGE, LLC

Dated:  August 14, 2015         By:  *s/Shannon C. Williams, Esq.*
                                     WRIGHT, FINLAY & ZAK, LLP
                                     Robin P. Wright, Esq.
                                     Joshua R. Hernandez, Esq.
                                     Shannon C. Williams, Esq.
                                     New Counsel of Record for Defendant,
                                     NATIONSTAR MORTGAGE, LLC

Dated:  August 14, 2015         By:  *s/Ashley R. Fickel, Esq.*
                                     DYKEMA GOSSETT
                                     Ashley R. Fickel, Esq.
                                     Former Attorneys of Record for Defendant,
                                     NATIONSTAR MORTGAGE, LLC

The Court hereby orders as follows:

1. The request of Defendant NATIONSTAR MORTGAGE, LLC to substitute in the law office of WRIGHT, FINLAY & ZAK, LLP, as attorney of record in place and instead of DYKEMA GOSSETT, is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: 8/17/15



_____
UNITED STATES DISTRICT COURT JUDGE

3

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER