# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE R. OLMOS,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>BANK OF AMERICA, N.A., BANK OF AMERICA HOME LOANS, BAC HOME LOANS SERVICING, L.P., NATIONSTAR MORTGAGE, LLC, et al., and; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No.:  3:15-cv-01153-EMC<br><br>*Assigned to the Honorable Edward M. Chen*<br><br>**[PRO~~PO~~SED] ORDER ON STIPULATION TO CONTINUE FRCP 16(b)  CASE MANAGEMENT CONFERENCE**<br>`                        (modified)`<br><br><u>Hearing Date:</u><br>Date:   August 20, 2015<br>Time:  10:30 a.m.<br>Ctrm:   5, 17th Floor |

　　　The Court, having considered the Stipulation of the Parties, and all other matters presented to the Court, and good cause appearing therefore, IT IS HEREBY ORDERED that:

///

///

///

///

///

///

1.     The FRCP Rule 16(b) Case Management Conference previously scheduled for August 20, 2015 at 10:30 a.m. in Courtroom 5 is hereby continued until ~~October 19,~~ November 5, 2015 at 10:30 a.m. in Courtroom 5. An updated joint CMC statement due October 29, 2015.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __8/19/15__           _____
                              HONORABLE EDWARD M. CHEN
                              U.S. DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*