OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES ORDER

**Date:** June 10, 2016  **Judge:** EDWARD M. CHEN
**Case No.**: 15-cv-1153-EMC   **Case Name:**  George Olmos v. Bank of America, et al.

**ORDER**

It is so ordered that Defendants' motions to dismiss shall be filed by 8/18/16.  Oppositions due 9/1/16.  Replies due 9/8/16.  Motion hearing is reset from 8/18/16 to 9/22/16 at 1:30 p.m.

Further CMC is reset from 8/18/16 to 9/22/16 at 1:30 p.m.   An updated joint CMC statement shall be filed by 9/15/16.