Law Offices of Peter L. Kutrubes
Peter Kutrubes, SBN 176024
Stephen P. Lin, SBN 201150
590 Lennon Lane, Suite 180
Walnut Creek, CA 94598
Tel: (925) 939-9600; Fax: (925) 256-7660

Attorneys for Plaintiff GEORGE OLMOS

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE OLMOS,<br><br>            Plaintiff<br><br>     vs.<br><br>BANK OF AMERICA, N.A.,<br><br>            Defendants | Case No. 3:15-cv-01153-EMC<br><br>[P~~ROPO~~SED] ORDER GRANTING STIPULATION TO DISMISS CASE AND DISMISSING CASE WITH PREJUDICE<br><br>Date: 9/22/2016<br><br>Time: 1:30 P.M.<br><br>Place: 450 Golden Gate Ave., San Francisco, CA |

**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**

Based on the stipulation of all counsel in this matter, including counsel for plaintiff GEORGE OLMOS and defendants NATIONSTAR MORTGAGE, and BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS SERVICING, LP (erroneously named as "Bank of America, N.A.; Bank of America Home Loans; BAC Home Loans Servicing, L.P"), the case having been settled, this Court hereby orders that the above-captioned case shall be dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

Dated: _____9/20/16_____                    _____
                                            Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

- 1 –
[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS AND DISMISSING CASE WITH PREJUDICE